THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department
 of Social Services, Respondent,
 
 
 

v.

 
 
 
 Martha H.,
 Jimmy J., and John Doe (whose true name is unknown),   Defendants,
 Of whom Jimmy J.
 is the Appellant.
 In the interest of two minor children.
 
 
 

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

Unpublished Opinion No. 2011-UP-405   
 Submitted July 1, 2011  Filed August 25,
2011

AFFIRMED

 
 
 
 J. Christopher Bonds, of Spartanburg, for
 Appellant.
 Deborah  Murdock, of Mauldin, for
 Respondent.
 Michael Todd Thigpen, for Guardian ad
 Litem.
 
 
 

PER CURIAM: Jimmy J. appeals the family court's final
 order terminating parental rights to his minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm[1]  the family court's ruling. 
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.